FILED JAN27'26PM2:41
MDGA-MAC

# Facts of the Case

1. Plaintiff was employed by defendant Johns Manville as an Environmental Health and Safety Manager from September 2024 to January 2025.

2. During Plaintiff's employment, plaintiff was subjected to unwanted conduct of a sexual nature. Including inappropriate comments and advances, by hourly employees, and members of management.

3. On or about October 16th 2024 plaintiff reported this conduct to human resources, specifically Shirley Vawter describing the sexual harassment.(see exhibit A)

4. Plaintiff also reported that the workplace had become hostile during meetings.(see-Exhibit B)

5. Despite this report, defendant did not conduct an investigation, nor conduct any sexual/respectful workplace training.

6. After making the complaints, the plaintiff experienced disparate treatment Including being scrutinized, labeled aggressive, overruled and deemed incompetent. Complaints regarding white male coworkers who yelled and cursed during meetings were never addressed. The defendant failed to investigate these claims and did not implement any respectful workplace training, further perpetuating a hostile and discriminatory work environment. (See exhibit C for write up)

7. On January 9th after refusing to sign a write up for alleged incompetence, the plaintiff requested to speak with corporate and was fired by the defendant minutes later. Defendants stated reason for plaintiff's termination is reflected in it's EEOC position statement. (See Exhibit D)

8. Plaintiff suffered financial loss, emotional distress, and professional harm as a result of the defendants actions.