FILED JAN27'26PM2:41
MDGA-MAC

# EXHIBIT A

# Exhibit A
## Sexual harassment report to HR recording excerpts ( October 16th 2024)

Plaintiff reported sexual harassment to HR describing unwelcome comments on her appearance and repeated advances by male employees. Plaintiff stated in the recording-

1. "My appearance is a constant topic of discussion:.
2. "The men act like men in prison, like they never seen a woman before, even though all of them are married".
3. " If I have a hat on, why do you have a hat on, I really liked the other style".
4. "Usually Im able to tell them like "hey were not doing that, I'm not going out with you, none of that type of stuff".