FILED JAN27'26PM2:41
MDGA-MAC

# EXHIBIT B

# Exhibit B
## (Recording excerpts)

Plaintiff reported to HR a hostile work environment characterized by confrontational behavior, unproductive meetings, and persistent power struggles among employees. Plaintiff stated:

1. Plaintiff: "A lot of people are feeling that up here it needs some reconstruction".

2. Plaintiff: "Im salary and I don't even want to go to the meetings because they are just unproductive and just a lot of bickering over power".

3. Plaintiff: "That gets very tiring you know, the power struggles, Why cant we just do our jobs".

4. "There are some very confrontational people and they get away with it".

5 "Eventually if this keeps on, it will bother me".

Plaintiff also noted that management has been aware of the issue but has not taken meaningful action;

6. Hr acknowledged that "she has discussed the matter with Marcio, who has talked about making some changes but he hasn't done anything about it".

7. Hr further acknowledged that respectful workplace training would be "beneficial to help with boundaries".

plaintiff agreed stating-

"8. "Yes, respectful workplace training because some things have gotten out of control".