FILED JAN27'26PM2:42
MDGA-MAC

# EXHIBIT C



**Johns Manville**

A Berkshire Hathaway Company

717 17th Street (80202)
P.O. Box 6108
Denver, CO 80217-6108
303 978 2000
www.jm.com

2/19/2024

To: Brittany Hilliard, Senior Environmental Health and Safety Specialist
From: Marcio Muller, Macon Plant Manager
CC: Shirley Vawter, Group Human Resources Leader
Subject: Letter of Reprimand

The purpose of this letter is to formally address our determination that your actions have not met Johns Manville's expectations and core values, particularly regarding the response time and sense of urgency required in handling the "OSHA Citation and Communication of Penalty."

As a Senior EHS Specialist, it is imperative that you manage such critical matters with the utmost urgency and thorough communication. However, when you handed me a copy of the citation in mid-November, you indicated that no action was needed from the Macon Plant and that corporate would handle it. It was not until the first week of December that you brought this issue to corporate's attention. Consequently, we had only a few days to react and pay the fine, which is unacceptable.

Furthermore, on Friday, December 13th, you contacted me to schedule a meeting with OSHA, which was set for December 18, 2024. You sent files to OSHA without reviewing them with me, and during the meeting, it was evident that you were unprepared. This lack of preparation added unnecessary tension and stress, leaving a poor impression on OSHA regarding Johns Manville's commitment to safety, a core value we call "Protect."
Your failure to act with the required urgency and to communicate effectively with stakeholders has serious implications. As a result, you are receiving this formal letter of reprimand, which will be placed in your personnel file.

We expect immediate improvement in your handling of such matters to prevent future occurrences.

From this date forward, you are expected to understand and adhere to all of Johns Manville's policies, values, expectations and codes. Further incidents will result in more severe disciplinary action being taken, up to and including termination.

Signed: _____ /Date 01/09/2025 (Marcio Muller)
Reviewed: _____ /Date 1-9-2025 (Shirley Vawter)
Provided to: I have read and understand the document:
_____ /Date _____ (Brittany Hilliard)

Original to Personnel file